### WILLIAMS v. WARDLAW.

According to *Desvergers* v. *Kruger*, 60 *Ga.* 100, the court erred in rendering a final judgment dismissing the application. The case should have been remanded to the ordinary for a new hearing.

July 30, 1894.      *Judgment reversed in part, and in part affirmed.*

*Certiorari.* Before Judge HENRY. Walker superior court. August term, 1893.

This was a proceeding before the ordinary, under the code, §738, to compel the removal of a gate from an alleged private way established by prescription. On conflicting evidence the ordinary found in favor of the applicant; and on *certiorari* this judgment was reversed, the application dismissed, and the private way denied.

LUMPKIN & SHATTUCK and R. M. W. GLENN, for plaintiff. COPELAND & JACKSON, for defendant.